IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
TIME 5:16 p.m.
JAN 18 2021
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. |
| | : | |
| Plaintiff, | : | JUDGE |
| vs. | : | |
| | : | 18 U.S.C. § 922(g) |
| MARCELL L. ROBERTS | : | 18 U.S.C. § 924(a) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| | : | 18 U.S.C. § 924(d)(1) |
| | : | |
| Defendant. | : | **INFORMATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE:
### Possession of a Firearm After a Felony Conviction

On or about August 13, 2021, in the Southern District of Ohio, the defendant, **MARCELL L. ROBERTS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, Robbery, in the Franklin County Court of Common Pleas on July 12, 2011, case 11CR042, did knowingly possess a firearm which had travelled in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

### FORFEITURE A
### 18 U.S.C. § 924(d)(1)

The allegations contained in Count One of the Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1). Upon conviction of the offense alleged in Count One of this Information, **MARCELL L. ROBERTS**, shall forfeit to the United States all property, used, in any manner or part, to commit, or to facilitate the commission of the violation alleged in Count One, specifically:

1

- One (1) Glock Model 19, 9mm caliber pistol, serial #BATY993 and (16) sixteen rounds of 9mm ammunition.

In violation of 18 U.S.C. § 924(d)(1).

KENNETH L. PARKER
United States Attorney

MICHAEL J. HUNTER
Assistant United States Attorney

2